UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HASKINS,<br><br>                    Plaintiff,<br><br>v.<br><br>WALMART INC., et al.,<br><br>                    Defendants. | Case No. 19cv0943-JAH (LL)<br><br>**ORDER VACATING HEARING DATE AND TAKING MOTION UNDER SUBMISSION** |

After a careful review of the parties' submissions, the Court deems Plaintiff's Motion to Remand (Doc. No. 8) suitable for adjudication without oral argument. See CivLR 7.1 (d. 1).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion is taken under submission without oral argument, and the hearing date set for August 12, 2019, at 2:30 p.m., before this Court, is **VACATED**.

**IT IS SO ORDERED**.

DATED: August 2, 2019

_____
JOHN A. HOUSTON
United States District Judge

1